STATE OF NEW JERSEY v. MICHAEL MCKENNEY, SR.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE BROWN.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE MARTIN.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEO A. DIGIANGIEMO.

October 28, 1986.

Petition for certification denied.